UNITED STATES COURT OF INTERNATIONAL TRADE            FORM  1

| | |
|---|---|
| **Premier Accessory Group LLC**<br><br>                              **Plaintiff,**<br><br>   v.<br><br>**United States,**<br>                              **Defendant.** | **S U M M O N S**<br><br>**Court No. 24-00009** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                            /s/ Mario Toscano
                                                            Clerk of the Court

**PROTEST**

| Port(s) of Entry: See attached schedule | Center (if known): CEE007 |
|---|---|
| Protest Number: See attached schedule | Date Protest Filed: See attached schedule |
| Importer: Premier Accessory Group LLC | Date Protest Denied: See attached schedule |
| Category of Merchandise: Car and wall chargers | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
JSpraragen@GDLSK.COM
 212-557-4000

## CONTESTED ADMINISTRATIVE DECISION

| **Appraised Value of Merchandise** | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Car and wall chargers | 8504.40.9580<br>9903.88.03 | Free<br>25% | 8504.40.8500<br>9903.88.67 | Free<br>0% |

| **Other** |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under one of the claimed provisions. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
*Signature of Plaintiff's Attorney*

January 11, 2024
*Date*

## SCHEDULE OF PROTESTS

CEE007
Center (if known)

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 1001-23-101406 | 07/11/2023 | 07/25/2023 | 82047482565 | 09/03/2022 | 01/27/2023 | 1001 |
| 1001-23-101407 | 07/11/2023 | 07/24/2023 | 82060082359 | 06/14/2022 | 01/27/2023 | 1001 |
| 4601-23-134766 | 06/06/2023 | 07/18/2023 | 82047474489 | 08/24/2022 | 12/09/2022 | 4601 |
| 4601-23-135079 | 07/11/2023 | 07/24/2023 | 82047448806 | 06/24/2022 | 01/13/2023 | 4601 |
| 4601-23-135080 | 07/11/2023 | 07/21/2023 | 82047453715 | 07/06/2022 | 01/13/2023 | 4601 |
| 4601-23-135081 | 07/11/2023 | 07/21/2023 | 82047431794 | 05/26/2022 | 01/27/2023 | 4601 |
| 4601-23-135082 | 07/11/2023 | 07/21/2023 | 82047476138 | 08/29/2022 | 01/27/2023 | 4601 |
| 4601-23-135319 | 08/01/2023 | 08/17/2023 | 82047420342 | 05/26/2022 | 02/03/2023 | 4601 |
| 4601-23-135320 | 08/01/2023 | 08/17/2023 | 82047449093 | 07/07/2022 | 02/03/2023 | 4601 |
| 4601-23-135321 | 08/01/2023 | 08/17/2023 | 82047452956 | 07/06/2022 | 02/03/2023 | 4601 |
| 4601-23-135322 | 08/01/2023 | 10/17/2023 | 82047468275 | 08/04/2022 | 02/03/2023 | 4601 |
| 4601-23-135323 | 08/01/2023 | 10/17/2023 | 82047476443 | 08/24/2022 | 02/03/2023 | 4601 |

Page 1 of 1

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)